The Hon. Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CECILIA WILSON, as guardian for R.W., a minor; KEVIN and CECILIA WILSON, individually and as husband and wife; CANDACE DAWSON, as guardian for J.D.; CANDACE DAWSON, individually; CANDI LANDIS as guardian for A.L., a minor, BRANDON BASTIN, as guardian for J.M.B., a minor, TESSA GREEN, as guardian for W.L., a minor;<br><br>                         Plaintiffs,<br><br>    v.<br><br>LONGVIEW SCHOOL DISTRICT, a municipal corporation;; JERRY STEIN, in his individual and official capacity; PATRICK KELLEY, in his individual and official capacity; SUZANNE CUSICK, in her individual and official capacity;<br><br>                         Defendants. | NO.  3:15-cv-05863-RJB<br><br>NOTICE OF APPEAL AND REPRESENTATIVE STATEMENT |

NOTICE OF APPEAL AND REPRESENTATIVE STATEMENT
*Wilson v Longview School District, et al., Case No. 15-05863-RJB*
Page 1 of 5

FRIEDMAN | RUBIN PLLP
51 UNIVERSITY STREET, SUITE 201
SEATTLE, WA 98101-3614
(206) 501-4446

NOTICE is hereby given that Plaintiffs appeal to the United States Court of Appeals for the Ninth Circuit from:

1. Giving of certain jury instructions and failure to give certain jury instructions (Docket #137 and Docket #145);
2. Exclusion of testimony of JB and PK (Docket #93 and Docket #105);
3. Order on *Motions in Limine* excluding evidence of prior bad acts of Jerry Stein, suppression of testimony of Dr. Anna Salter, and suppression of testimony of JB (Docket #78);
4. Dismissal of outrage, negligence and Section 1983 claims against Longview School District and all claims against Patrick Kelley and Suzanne Cusick (Docket #122);
5. Failure to order Defendants to produce the entirety of Defendants' internal investigative file (Docket #122); and
6. Amended Judgment (Docket #147).

## REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2(b), Plaintiffs identify the following parties to this action, and their counsel of record:

1. Appellants:   CECILIA WILSON, as guardian for R.W., a minor;
   KEVIN and CECILIA WILSON, individually and as husband and wife;
   CANDACE DAWSON, as guardian for J.D.;
   CANDACE DAWSON, individually;
   CANDI LANDIS as guardian for A.L., a minor,
   BRANDON BASTIN, as guardian for J.M.B., a minor, and
   TESSA GREEN, as guardian for W.L., a minor.

Tara Lawrence
Lawrence Law Office, P.C.
6960 SW Varns Street
Portland, OR 97223
Phone:  (503) 387-5571
Fax:  (888) 660-7336
tara@taralawrencelaw.com

NOTICE OF APPEAL AND REPRESENTATIVE STATEMENT
*Wilson v Longview School District, et al., Case No. 15-05863-RJB*
Page 2 of 5

FRIEDMAN | RUBIN PLLP
51 UNIVERSITY STREET, SUITE 201
SEATTLE, WA  98101-3614
(206) 501-4446

Roger S. Davidheiser
Friedman | Rubin PLLP
51 University Street, #201
Seattle, WA 98101
Phone:  (206) 501-4446
Fax:  (206) 623-0794
rdavidheiser@friedmanrubin.com

Kenneth Friedman
Friedman | Rubin PLLP
1126 Highland Avenue
Bremerton, WA 98337
Phone:  (360) 782-4300
Fax: (360) 782-4358
kfriedman@friedmanrubin.com

2. Appellees:   LONGVIEW SCHOOL DISTRICT, a municipal corporation;
JERRY STEIN, in his individual and official capacity;
PATRICK KELLEY, in his individual and official capacity; and
SUZANNE CUSICK, in her individual and official capacity.

Francis S. Floyd
John A. Safarli
FLOYD FLUEGER & RINGER, P.S.
200 W. Thomas Street, Suite 500
Seattle, WA 98119-4296
Tel (206) 441-4455
Fax (206) 441-8484
ffloyd@floyd-ringer.com
jsafarli@floyd-ringer.com

NOTICE OF APPEAL AND REPRESENTATIVE STATEMENT
*Wilson v Longview School District, et al., Case No. 15-05863-RJB*
Page 3 of 5

FRIEDMAN | RUBIN PLLP
51 UNIVERSITY STREET, SUITE 201
SEATTLE, WA  98101-3614
(206) 501-4446

Dated this 17th day of January, 2018.

**LAWRENCE LAW OFFICE, P.C.**

By /s/ Tara Lawrence
Tara Lawrence, Oregon State Bar # 990581
tara@taralawrencelaw.com
6960 SW Varns Street
Portland, OR 97223
Phone: (503) 387-5571
Fax: (888) 660-7336
   (***PRO HAC VICE***)

**FRIEDMAN | RUBIN**

By: /s/ Roger S. Davidheiser
Roger S. Davidheiser, WSBA# 18638
rdavidheiser@friedmanrubin.com
51 University Street, #201
Seattle, WA 98101
Phone: (206) 501-4446
Fax: (206) 623-0794

By: /s/ Kenneth Friedman
Kennethe R. Friedman, WSBA# 17148
kfriedman@friedmanrubin.com
1126 Highland Avenue
Bremerton, WA 98337
Phone: (360) 782-4300
Fax: (360) 782-4358

***ATTORNEYS FOR PLAINTIFFS***

NOTICE OF APPEAL AND REPRESENTATIVE STATEMENT
*Wilson v Longview School District, et al., Case No. 15-05863-RJB*
Page 4 of 5

FRIEDMAN | RUBIN PLLP
51 UNIVERSITY STREET, SUITE 201
SEATTLE, WA  98101-3614
(206) 501-4446

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

                                             s/ Roger Davidheiser via ECF

NOTICE OF APPEAL AND REPRESENTATIVE STATEMENT
*Wilson v Longview School District, et al., Case No. 15-05863-RJB*
Page 5 of 5

FRIEDMAN | RUBIN PLLP
51 UNIVERSITY STREET, SUITE 201
SEATTLE, WA 98101-3614
(206) 501-4446